UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| I.S. #1 and I.S. #2, minors, by their Mother and next friend, MIKETRA LARRY and B.M. #1, B.M. #2, and B.M. #3, minors, by their Mother and next friend, BRITTANY MCKENNEY, | Civil Action Number: 2:21-cv-00648-BHL |

Plaintiffs,

v.

RACINE UNIFIED SCHOOL DISTRICT,

Defendant.

## PLAINTIFFS' RULE 41 VOLUNTARY DISMISSAL OF ACTION

Plaintiffs, by their attorney Anne T. Sulton, pursuant to FRCP 41(a)(1)(A)(i) and consistent with applicable local rules, hereby voluntarily dismisses this action. The opposing party did not serve an answer or motion for summary judgment. Late yesterday evening the parties resolved their dispute. Among Defendant's promises is that Julian Thomas and Knapp elementary schools will be open for summer school 2021.

Dated this 28th day of May, 2021.

*s/ Anne T. Sulton*
Anne T. Sulton, Ph.D., J.D.
Mailing Address:
Sulton Law Offices
Post Office Box 371335
Milwaukee, WI 53237
Phone: 360.870.6000
Email: annesulton@gmail.com

*Attorney for Plaintiffs*
